B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Julio Moreiras, Arline Moreiras**, Debtors

Case No. **15-13360**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED 3/24/2015

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 152,329.00 | | |
| B - Personal Property | Yes | 4 | 7,575.70 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 185,334.51 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 222,572.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,131.87 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,129.99 |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 159,904.70 | | |
| Total Liabilities | | | | 407,907.50 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Julio Moreiras,**
       **Arline Moreiras**
                                Debtors

Case No. **15-13360**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---:|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---:|
| Average Income (from Schedule I, Line 12) | 3,131.87 |
| Average Expenses (from Schedule J, Line 22) | 3,129.99 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 3,750.00 |

**State the following:**

| | | |
|---|---:|---:|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 33,005.51 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 222,572.99 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 255,578.50 |

B6B (Official Form 6B) (12/07)

In re   **Julio Moreiras,**
       **Arline Moreiras**,
                         Debtors

Case No.   **15-13360**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED 3/24/2015

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Hand** | J | **30.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Ocean Bank**<br>**Checking Account No.: XXXX0106**<br>**Balance: -$1100.00** | J | **0.00** |
| | | | **Bank of America, N.A.**<br>**Checking Account No.: XXXX9031** | H | **62.99** |
| | | | **Bank of America, N.A.**<br>**Checking Account No.: XXXX0973** | W | **60.00** |
| | | | **Bank of America, N.A.**<br>**Savings Account No.: XXXX0986** | W | **1.33** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Living room: Couch, Love seat, Center table, Corner table, 3 TVs, DVD, Stereo and miscellaneous Decorative Items.**<br>**Kitchen: Refrigerator, Toaster, Microwave, Coffee maker, Dishwasher, Stove, Dining table with four chairs, Pots, Plates, Cups, Silverware and Misc small items.**<br>**Bedrooms: 2 Beds, Dress, 2 Nightstands, 2 Lamps and Mirror.**<br>**Other Items: Washer, Dryer, Computer, Printer, Fax, Grill, Used Towels, Sheets, Bedding and Comforters.**<br>**Value is debtors valuation based on age and condition.** | J | **1,850.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Used clothes and shoes, value is debtors valuation based on age and condition.** | J | **120.00** |
| | | | | Sub-Total ><br>(Total of this page) | **2,124.32** |

  **3**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Julio Moreiras,**
**Arline Moreiras**,
Debtors

Case No. **15-13360**

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 3/24/2015
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **Man Watch (not name brand), Wedding rings, Bracelet, Costume jewelry and Miscellaneous women accessories (not name brand), value is debtors valuation based on age and condition.** | J | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **General American Life Insurance Company Policy No.: 3818099 Death Benefit: $500,000** **Term Life Insurance** | W | 0.00 |
| | | **General American Life Insurance Company Policy No.: 3818100 Death Benefit: $250,000** **Term Life Insurance** | H | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **TD Ameritrade Account No.: XXXX026485** | H | 0.00 |
| | | **TD Ameritrade Account No.: XXXX026488** | J | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >    **100.00**
(Total of this page)

Sheet **1** of **3** continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Julio Moreiras,**　　　　　　　　　　　　　　　　　　　　　　Case No.　**15-13360**
　　　　**Arline Moreiras**
　　　　　　　　　　　　　　　　　　　　　,
　　　　　　　　　　　　　　　Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 3/24/2015
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　　　**0.00**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Sheet　**2**　of　**3**　continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Julio Moreiras,**
     **Arline Moreiras**,
     Debtors

Case No. __15-13360__

## SCHEDULE B - PERSONAL PROPERTY - AMENDED 3/24/2015
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 Honda Accord Sedan 4D**<br>**Vin: XXXX086903**<br>**miles: 257,000**<br><br>**NADA Clean Retail Value $6,475**<br><br>**Reconditkioning Value $3,975**<br><br>**Value obtained by: Coastal Appraisal South Inc - Retain** | H | 2,500.00 |
| | | **2002 Mercedes-Benz C320 Sedan 4D**<br>**Vin: XXXX250888**<br>**Estimated miles: 146,682**<br><br>**NADA Clean Retail Value $6,550**<br><br>**Reconditioning Value $3,698.62**<br><br>**Value obtained by Coastal Appraisal South Inc - Retain.** | J | 2,851.38 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                                                          Sub-Total >    **5,351.38**
                                                         (Total of this page)

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

                                                         Total >    **7,575.70**
                                             (Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

In re  **Julio Moreiras,**
       **Arline Moreiras**,
                                                    Debtors

Case No. __**15-13360**__

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED 3/24/2015

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **Homestead Address: 8220 NW 172nd Street, Hialeah FL 33015-3744** <br> **Legal Description: PALM SPRINGS NORTH PB 76-61 SEC H LOT 23 BLK 20 LOT SIZE 9576 SQ FT OR 20857-0829 0102 4** <br> **- Valuation obtained from Miami Dade County Property Appraiser Office.** <br> **- Debtors intent to reaffirm interest in property.** <br> **- Purchased and on title since 01/2002.** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02** | 152,329.00 | 152,329.00 |
| **Cash on Hand** <br> **Cash on Hand** | **Fla. Const. art. X, § 4(a)(2)** | 30.00 | 30.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** <br> **Bank of America, N.A.** <br> **Checking Account No.: XXXX9031** | **Fla. Const. art. X, § 4(a)(2)** | 62.99 | 62.99 |
| **Bank of America, N.A.** <br> **Checking Account No.: XXXX0973** | **Fla. Const. art. X, § 4(a)(2)** | 60.00 | 60.00 |
| **Bank of America, N.A.** <br> **Savings Account No.: XXXX0986** | **Fla. Const. art. X, § 4(a)(2)** | 1.33 | 1.33 |
| **Household Goods and Furnishings** <br> **Living room: Couch, Love seat, Center table, Corner table, 3 TVs, DVD, Stereo and miscellaneous Decorative Items.** <br> **Kitchen: Refrigerator, Toaster, Microwave, Coffee maker, Dishwasher, Stove, Dining table with four chairs, Pots, Plates, Cups, Silverware and Misc small items.** <br> **Bedrooms: 2 Beds, Dress, 2 Nightstands, 2 Lamps and Mirror.** <br> **Other Items: Washer, Dryer, Computer, Printer, Fax, Grill, Used Towels, Sheets, Bedding and Comforters.** <br> **Value is debtors valuation based on age and condition.** | **Fla. Const. art. X, § 4(a)(2)** | 1,525.64 | 1,850.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **2004 Honda Accord Sedan 4D** <br> **Vin: XXXX086903** <br> **miles: 257,000** <br><br> **NADA Clean Retail Value $6,475** <br><br> **Reconditkioning Value $3,975** <br><br> **Value obtained by: Coastal Appraisal South Inc** <br> **- Retain** | **Fla. Const. art. X, § 4(a)(2)** | 320.04 | 2,500.00 |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re **Julio Moreiras,**
**Arline Moreiras** ,
Debtors

Case No. **15-13360**

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED 3/24/2015
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2002 Mercedes-Benz C320 Sedan 4D** **Vin: XXXX250888** **Estimated miles: 146,682** | Fla. Stat. Ann. § 222.25(1) Fla. Stat. Ann. § 222.25(1) | 1,000.00 1,000.00 | 2,851.38 |
| **NADA Clean Retail Value $6,550** | | | |
| **Reconditioning Value $3,698.62** | | | |
| **Value obtained by Coastal Appraisal South Inc - Retain.** | | | |
| | Total: | **156,329.00** | **159,684.70** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Julio Moreiras, Arline Moreiras**
Debtor(s)

Case No. **15-13360**
Chapter **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED 3/24/2015

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **30** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 24, 2015**     Signature **/s/ Julio Moreiras**
**Julio Moreiras**
Debtor

Date **March 24, 2015**     Signature **/s/ Arline Moreiras**
**Arline Moreiras**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.