B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Julio Moreiras,**
     **Arline Moreiras**
                                        Debtors

Case No. **15-13360**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED 4/1/2015

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 152,329.00 | | |
| B - Personal Property | Yes | 4 | 7,575.70 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 185,334.51 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | 224,780.43 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 3,131.87 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,129.99 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| | | Total Assets | 159,904.70 | | |
| | | Total Liabilities | | 410,114.94 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Julio Moreiras,**
       **Arline Moreiras**
                                                                   ,
                                          Debtors

Case No. __15-13360__

Chapter __7__

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 3,131.87 |
| Average Expenses (from Schedule J, Line 22) | 3,129.99 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | 3,750.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 33,005.51 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 224,780.43 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 257,785.94 |

B6F (Official Form 6F) (12/07)

In re  **Julio Moreiras,**   Case No.   **15-13360**
       **Arline Moreiras**
_____,
                                   Debtors

# AMENDED 4/1/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx.: xxxx-xxxxx-CC-05**<br>**A & A North American Financial, LLC**<br>**c/o Andreu, Palma & Andreu, P.L.**<br>**1000 NW 57th Court**<br>**Suite 400**<br>**Miami, FL 33126** | | J | Lawsuit | | | | 12,765.81 |
| Account No. **xxxxxxxxxx/xxxxxxxxx1428**<br>**Afni, Inc.**<br>**POB 3517**<br>**Bloomington, IL 61702-3517** | | J | Collection At&T | | | | 318.54 |
| Account No. **xxxx xx.: xxxx-xxxxx-CC-25**<br>**American Express Bank, FSB**<br>**c/o Hayt, Hayt & Landau, P.L.**<br>**7765 SW 87th Avenue**<br>**Suite 101**<br>**Miami, FL 33173** | | J | Lawsuit | | | | 5,632.64 |
| Account No. **xxxx-xxxx-xxxx-3643**<br>**Bank of America**<br>**P.O. BOX 851001**<br>**Dallas, TX 75285-1001** | | J | Credit Card | | | | 12,746.08 |

___**13**___ continuation sheets attached

Subtotal (Total of this page)   **31,463.07**

In re **Julio Moreiras,**
**Arline Moreiras**
,
Debtors

Case No. **15-13360**

**AMENDED 4/1/2015**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-3354** <br><br> **Bank of America** <br> **POB 982236** <br> **El Paso, TX 79998-2236** | | J | **Credit Card** | | | | **9,881.55** |
| Account No. **xxxxxx2013** <br><br> **BCA Financial Services, Inc.** <br> **18001 Old Culter Road #462** <br> **Miami, FL 33157** | | J | **Medical Bill Collection Mount Sinai Medical Center** | | | | **6,928.44** |
| Account No. **xxxxxx0711** <br><br> **BCA Financial Services, Inc.** <br> **18001 Old Culter Road #462** <br> **Miami, FL 33157** | | J | **Medical Bill Collection Mount Sinai Medical Center** | | | | **6,928.44** |
| Account No. **xxxxxx1070** <br><br> **BCA Financial Services, Inc.** <br> **18001 Old Culter Road #462** <br> **Miami, FL 33157** | | J | **Medical Bill Collection Mount Sinai Medical Center** | | | | **927.20** |
| Account No. **xxxxxx1380** <br><br> **BCA Financial Services, Inc.** <br> **18001 Old Culter Road #462** <br> **Miami, FL 33157** | | J | **Medical Bill Collection Mount Sinai Medical Center** | | | | **4,090.56** |

Sheet no. **1** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**28,756.19**

B6F (Official Form 6F) (12/07) - Cont.

In re **Julio Moreiras,**
       **Arline Moreiras,**
_____,
Debtors

Case No. **15-13360**

**AMENDED 4/1/2015**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx0443  **BCA Financial Services, Inc.**  18001 Old Culter Road #462  Miami, FL 33157 | | J | Medical Bill Collection Mount Sinai Medical Center | | | | 221.12 |
| Account No. xxxx-xxxx-xxxx-1668  **BP**  POB 94014  Palatine, IL 60094-4014 | | J | Credit Card | | | | 445.29 |
| Account No. x7343  **Cander Healthcare Asscociates**  9165 Park Drive  Miami, FL 33138 | | J | Medical Bill | | | | 3,756.63 |
| Account No. xxxx-xxxx-xxxx-9914  **Capital One**  POB 71083  Charlotte, NC 28272-1083 | | J | Credit Card | | | | 3,160.85 |
| Account No. xxxx-xxxx-xxxx-9044  **Capital One**  POB 30281  Salt Lake City, UT 84130-0281 | | J | Credit Card | | | | 3,549.50 |

Sheet no. __2__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **11,133.39**

B6F (Official Form 6F) (12/07) - Cont.

In re **Julio Moreiras,**
     **Arline Moreiras**
                                    ,
                          Debtors

Case No. **15-13360**

**AMENDED 4/1/2015**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-2974** <br><br> **Capital One** <br> **POB 30281** <br> **Salt Lake City, UT 84130-0281** | | J | Credit Card | | | | 6,323.16 |
| Account No. **xxx-1668** <br><br> **Chase** <br> **POB 15298** <br> **Wilmington, DE 19850** | | J | Credit Card | | | | 445.29 |
| Account No. **xxxx-xxxx-xxxx-0429** <br><br> **Chase Bank** <br> **POB 15298** <br> **Wilmington, DE 19850** | | J | Credit Card | | | | 7,072.02 |
| Account No. **xxxx-xxxx-xxxx-1458** <br><br> **Chase Bank** <br> **POB 15298** <br> **Wilmington, DE 19850** | | J | Credit Card | | | | 9,222.22 |
| Account No. **xxxx-xxxx-xxxx-4950** <br><br> **Chase Bank** <br> **P.O. BOX 15153** <br> **Wilmington, DE 19886-5153** | | J | Credit Card | | | | 3,876.64 |

Sheet no. **3** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **26,939.33**

In re     **Julio Moreiras,**
        **Arline Moreiras**                                                   Case No.    **15-13360**

Debtors

# AMENDED 4/1/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-0101** <br><br> **Chase Bank** <br> **P.O. BOX 660487** <br> **Dallas, TX 75266-0487** | | J | **Credit Card** | | | | 4,314.20 |
| Account No. **xxxx-xxxx-xxxx-0268** <br><br> **Chase Bank** <br> **POB 15298** <br> **Wilmington, DE 19850** | | J | **Credit Card** | | | | 12,765.81 |
| Account No. **xxxxxx5389** <br><br> **Chase Mortgage** <br> **P.O. BOX 78065** <br> **Phoenix, AZ 85062-8065** | | J | **Appeared on credit report, listed in the abundance of caution.** | | | | 1.00 |
| Account No. **xxxx-xxxx-xxxx-5217** <br><br> **Citibank** <br> **P.O. BOX 6500** <br> **Sioux Falls, SD 57117-6500** | | J | **Credit Card** | | | | 2,770.38 |
| Account No. **xxxx-xxxx-xxxx-1670** <br><br> **Citibank** <br> **P.O. BOX 6500** <br> **Sioux Falls, SD 57117-6500** | | J | **Credit Card** | | | | 3,309.86 |

Sheet no. __4__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims              Subtotal (Total of this page)      **23,161.25**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Julio Moreiras,**
       **Arline Moreiras,**
_____,
                                   Debtors

Case No. __**15-13360**__

**AMENDED 4/1/2015**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xx.: xxxx-xxxxx-SP-23**  **Citibank, N.A.** **c/o Zakheim & Lavrar, P.A.** **1145 S University Drive** **Suite 202** **Plantation, FL 33324** | | J | Lawsuit | | | | 3,644.86 |
| Account No. **xxxx xx.: xxxx-xxxxx-CC-23**  **Citibank, N.A.** **c/o Patrick A. Carey Esq.** **10967 Lake Underhill Rd #125** **Orlando, FL 32825** | | J | Lawsuit | | | | 9,684.28 |
| Account No. **xxxx xx.: xxxx-xxxxx-CC-23**  **Citibank, N.A.** **c/o Patrick A. Carey Esq.** **10967 Lake Underhill Rd #125** **Orlando, FL 32825** | | J | Lawsuit | | | | 7,987.70 |
| Account No. **xxxx-xxxx-xxxx-9464**  **Citibank/At&T Universal Card** **POB 182564** **Columbus, OH 43218** | | J | Credit Card | | | | 1,242.09 |
| Account No. **xxxxxxxx9082**  **Complete Collection Services** **1007 N. Federal Highway** **Suite 280** **Fort Lauderdale, FL 33304-1422** | | J | Medical Bill Collection Memorial Hospital | | | | 200.00 |

Sheet no. __**5**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **22,758.93**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Julio Moreiras,**
        **Arline Moreiras**                                                      Case No.    **15-13360**

Debtors

**AMENDED 4/1/2015**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1005** <br><br> **Complete Collection Services** <br> **1007 N. Federal Highway** <br> **Suite 280** <br> **Fort Lauderdale, FL 33304-1422** | | J | **Medical Bill Collection Memorial Healthcare** | | | | **250.00** |
| Account No. **xxxxxxx6882** <br><br> **Diagnostic Readers Group, Inc.** <br> **POB 864672** <br> **Orlando, FL 32886-4672** | | J | **Medical Bill Collection** | | | | **75.00** |
| Account No. **xxx7377** <br><br> **Discover** <br> **POB 71084** <br> **Charlotte, NC 28272-1084** | | J | **Credit Card** | | | | **1,762.15** |
| Account No. **xxx4105** <br><br> **Elite Imaging** <br> **2925 Aventura Boulevard** <br> **Suite 100** <br> **Aventura, FL 33180** | | J | **Medical Bill** | | | | **400.00** |
| Account No. **xxxxxxxx2413** <br><br> **FIA Card Services** <br> **POB 851001** <br> **Dallas, TX 75285-1001** | | J | **Credit Card** | | | | **3,110.01** |

Sheet no. **6** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims            Subtotal <br> (Total of this page)     **5,597.16**

B6F (Official Form 6F) (12/07) - Cont.

In re **Julio Moreiras,**
    **Arline Moreiras** ,

Case No. **15-13360**

Debtors

**AMENDED 4/1/2015**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx - xxxxxxxx6882**<br><br>**First Federal Credit**<br>**24700 Chagrin Boulevard**<br>**Suite 205**<br>**Cleveland, OH 44122-5662** | | J | **Medical Bill Collection Assoc.of S Florida Pathology** | | | | 24.84 |
| Account No. **xxxx-xxxx-xxxx-4699**<br><br>**Household Bank**<br>**POB 5222**<br>**Carol Stream, IL 60197-5222** | | J | **Credit Card** | | | | 2,064.79 |
| Account No. **xxxxxxxxxx-xxxx5314**<br><br>**HRRG**<br>**P.O. BOX 5406**<br>**Cincinnati, OH 45273-7942** | | J | **Medical Bill Collection** | | | | 994.00 |
| Account No. **xxxx-xxxx-xxxx-0358**<br><br>**HSBC/Best Buy**<br>**POB 5238**<br>**Carol Stream, IL 60197-5238** | | J | **Credit Card** | | | | 3,927.10 |
| Account No. **xxxxxxxxxx-xxxx8140**<br><br>**Inphynet South Broward, Inc**<br>**POB 459080**<br>**Sunrise, FL 33345-9080** | | J | **Medical Bill** | | | | 874.00 |

Sheet no. __7___ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **7,884.73**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Julio Moreiras,**
      **Arline Moreiras**                                                                              Case No.   **15-13360**

Debtors

## AMENDED 4/1/2015
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx - xxxxxxx7214**<br><br>**JP Recovery**<br>**POB 16749**<br>**Rocky River, OH 44116-0749** | | J | **Medical Bill Collection Weston Hospital** | | | | 828.00 |
| Account No. **xxxx7759**<br><br>**JP Recovery**<br>**POB 16749**<br>**Rocky River, OH 44116-0749** | | J | **Medical Bill Collection Weston Hospital** | | | | 507.88 |
| Account No. **xxxx2542**<br><br>**JP Recovery**<br>**POB 16749**<br>**Rocky River, OH 44116-0749** | | J | **Medical Bill Collection Weston Hospital** | | | | 300.00 |
| Account No. **xxxxxxxxxxxxx4832**<br><br>**JPMorgan Chase Bank, N.A.**<br>**P.O. BOX 659754**<br>**San Antonio, TX 78265-9754** | | J | **Checking Account** | | | | 150.93 |
| Account No. **xxxxxxxxx6855**<br><br>**Memorial Healthcare System**<br>**PO BOX 538522**<br>**Atlanta, GA 30353** | | J | **Medical Bill** | | | | 887.04 |

Sheet no. __8__ of __13__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **2,673.85**

B6F (Official Form 6F) (12/07) - Cont.

| In re | **Julio Moreiras,** | | Case No. | **15-13360** |
| | **Arline Moreiras** | | | |

Debtors

# AMENDED 4/1/2015
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0403**<br><br>**Miami Beach Anesthesiology**<br>**POB 816759**<br>**Hollywood, FL 33081** | | J | **Medical Bill** | | | | 672.00 |
| Account No. **xxxxxxx/xxxx/xxxx/xxx/xxx&4856**<br><br>**Mitchell D Bluhm & Associates, LLC**<br>**POB 3269**<br>**Sherman, TX 75091** | | J | **Medical Bill Collection Cleveland Clinic** | | | | 20,441.95 |
| Account No. **xxxxx3012**<br><br>**Mount Sinai Medical Center**<br>**POB 403429**<br>**Miami Beach, FL 33140** | | J | **Medical Bill** | | | | 243.38 |
| Account No. **xxxxxx1070**<br><br>**Mount Sinai Medical Center**<br>**POB 403429**<br>**Miami Beach, FL 33140** | | J | **Medical Bill** | | | | 4,200.81 |
| Account No. **xxxx6855**<br><br>**National Action Financial Serv/Chrysler**<br>**PO Box 9027**<br>**Buffalo, NY 14231-9027** | | J | **Charge Account** | | | | 6,807.46 |

Sheet no. **9** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     32,365.60

B6F (Official Form 6F) (12/07) - Cont.

In re **Julio Moreiras,**
       **Arline Moreiras**                                            Case No. **15-13360**
_____,
                                   Debtors

**AMENDED 4/1/2015**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx xxx xxxxxx0403**<br><br>**NCO Financial Systems**<br>**P.O. BOX 15609**<br>**Wilmington, DE 19850** | | J | **Medical Bill Collection Mount Sinai Medical Center** | | | | 180.00 |
| Account No. **xx1781**<br><br>**OAC Collections**<br>**POB 500**<br>**Baraboo, WI 53913-0500** | | J | **Medical Bill Collection Elite Imaging** | | | | 200.00 |
| Account No. **xxxx7830**<br><br>**Orthopedic Specialist**<br>**7100 W 20th Avenue #101**<br>**Hialeah, FL 33016** | | J | **Medical Bill** | | | | 34.23 |
| Account No. **xxxx6793**<br><br>**Orthopedic Specialist**<br>**7100 W 20th Avenue #101**<br>**Hialeah, FL 33016** | | J | **Medical Bill** | | | | 78.64 |
| Account No. **xxxxxxxxx1277**<br><br>**Palisades Collection**<br>**POB 1244**<br>**Englewood Cliffs, NJ 07632** | | J | **Collection First Card Infinity** | | | | 5,143.42 |

Sheet no. **10** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  5,636.29

B6F (Official Form 6F) (12/07) - Cont.

In re **Julio Moreiras,**
      **Arline Moreiras**                                      ,          Case No. **15-13360**
                                              Debtors

**AMENDED 4/1/2015**
**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx6318** <br><br> **Pathology Consultants of South Broward** <br> **POB 917920** <br> **Orlando, FL 32891-7920** | | J | **Medical Bill Collection Memorial Hospital Miramar** | | | | **127.00** |
| Account No. **xxxxxx8487** <br><br> **Pinnacle Credit Service** <br> **7900 Highway 7 #100** <br> **Minneapolis, MN 55426** | | J | **Collection Verizon Wireless** | | | | **109.00** |
| Account No. **xxxx xx.: xxxx-xxxxx-SP-05** <br><br> **Portfolio Recovery Associates, LLC** <br> **c/o David M. Greenbaum, Esq.** <br> **120 Corporate Boulevard** <br> **Norfolk, VA 23502** | | J | **Lawsuit** | | | | **3,519.20** |
| Account No. **xxxx xx.: xxxx-xxxxx-CC-05** <br><br> **Portfolio Recovery Associates, LLC** <br> **c/o David M. Greenbaum, Esq.** <br> **120 Corporate Boulevard** <br> **Norfolk, VA 23502** | | J | **Lawsuit** | | | | **14,979.55** |
| Account No. **xxxx xxxxxxx 9208** <br><br> **Professional Surgical Services** <br> **8814 NW 180th Terrace** <br> **Hialeah, FL 33018** | | J | **Medical Bill** | | | | **263.29** |

Sheet no. **11** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **18,998.04**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Julio Moreiras,**
       **Arline Moreiras**
_____,
                                    Debtors

Case No. **15-13360**

### AMENDED 4/1/2015
### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx7198<br><br>Radioloy of MSMC, LLC<br>POB 11550<br>Miami, FL 33101-1550 | | J | Medical Bill | | | | 206.00 |
| Account No. xxxxxx9665<br><br>Radioloy of MSMC, LLC<br>POB 11550<br>Miami, FL 33101-1550 | | J | Medical Bill | | | | 661.00 |
| Account No. xxxxxxxxxx-xxx1772<br><br>Rickart Collection<br>POB 7242<br>North Brunswick, NJ 08902 | | J | Collection Florida City Gas | | | | 283.44 |
| Account No. xxxxxxxxxxxx/xxxxx2606<br><br>Sage Law Offices<br>Sunrise Corporate Plaza I<br>1300 Sawgrass Corporate Parkway<br>Suite 140<br>Sunrise, FL 33323 | | J | Medical Bill Collection Memorial Hospital Miramar | | | | 200.00 |
| Account No. xxxxxx7149<br><br>Shell<br>POB 6497<br>Sioux Falls, SD 57117 | | J | Credit Card | | | | 2,170.39 |

Sheet no. **12** of **13** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,520.83**

B6F (Official Form 6F) (12/07) - Cont.

In re **Julio Moreiras,**
      **Arline Moreiras**                                        Case No. __**15-13360**__
_____,
                                        Debtors
**AMENDED 4/1/2015**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx33-HO** <br><br>**Sheridan Healthcorp**<br>**POB 817737**<br>**Hollywood, FL 33081-1737** | | J | **Medical Bill** | | | | 3,553.00 |
| Account No. **xxxx-xxxx-xxxx-9504** <br><br>**Syncb/Old Navy**<br>**POB 965005**<br>**Orlando, FL 32896-5005** | | J | **Credit Card** | | | | 338.77 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**13**__ of __**13**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **3,891.77**

Total (Report on Summary of Schedules)   **224,780.43**

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: **Julio Moreiras**
**Arline Moreiras**
Debtor(s)

Case No. **15-13360**
Chapter **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED 4/1/2015

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __31__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **April 1, 2015**      Signature **/s/ Julio Moreiras**
**Julio Moreiras**
Debtor

Date **April 1, 2015**      Signature **/s/ Arline Moreiras**
**Arline Moreiras**
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.