UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

IN RE:                                              Case No. 15-13360-AJC
                                                    Chapter 7
JULIO MOREIRAS and
ARLINE MOREIRAS

        Debtors
_____/

## TRUSTEE'S MOTION TO APPROVE STIPULATION TO COMPROMISE CONTROVERSY

> **NOTICE**
>
> **Any interested party who fails to file and serve a written response to this motion within 21 days after the date of service stated in this motion shall, pursuant to Local Rule 9013-1(D), be deemed to have consented to the entry of an order in the form attached to this motion. Any scheduled hearing may then be canceled.**

The Trustee, Soneet R. Kapila (hereinafter referred to as "Trustee") hereby files this Motion to Approve Stipulation to Compromise Controversy and states:

1. Attached hereto is a copy of the Stipulation to Compromise Controversy executed between the parties.

2. Pursuant to this settlement, the Trustee has agreed to accept $6,800 to settle this matter in full. The Debtors agree to pay this settlement in three payments as outlined in the Stipulation.

3. The Trustee believes that this settlement is in the best interest of the creditors and the estate.

4. This Stipulation and Motion are being noticed to all creditors pursuant to Federal Rule of Bankruptcy Procedure 9019.

5. If the matter were to be litigated the Trustee believes he would arrive at a similar outcome.

6. The funds are being turned from the Debtors and should the Debtors default on the settlement the Trustee would pursue the sale of the Debtors' non exempt assets so the Trustee does not believe there is difficulty in collection.

7. The Trustee believes that the costs of the litigation would diminish the recovery to creditors in this case.

8. The legal standard for approval of settlement in the Eleventh Circuit is as outlined in *In re Justice Oaks, II, Ltd.,* 898F.2d 1522, 1549 (11th Cir.) *cert. denied,* 498 U.S. 959 (1990). *Justice Oaks, II* requires that the Court consider:

>  (1) the probability of success in litigation;
>
>  (2) the difficulties, if any, to be encountered in the matter of collection;
>
>  (3) the complexity of the litigation involved and the expense, inconvenience and delay necessarily attending it; and
>
>  (4) the paramount interest of the creditors and the proper deference to their reasonable views in the premises.

9. The Trustee has evaluated the settlement while considering all of the factors required by the Eleventh Circuit and supports its approval by the Court as being in compliance with the factors, and being within the best interest of creditors and the estate.

WHEREFORE, The Trustee, Soneet R. Kapila, respectfully requests that the Court enter an Order in the form accompanying this Motion approving this settlement, plus grant such other and further relief as the Court deems just and proper.

*Soneet R. Kapila, Federal Bankruptcy Trustee*
Post Office Box 14213, Fort Lauderdale, Florida 33302
Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com

*Soneet R. Kapila, Federal Bankruptcy Trustee*
*Post Office Box 14213, Fort Lauderdale, Florida 33302*
*Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by CM/ECF or regular U.S. Mail to all creditors and interested parties on the attached matrix on April 28, 2015

          /s/**Soneet R. Kapila**
Soneet R. Kapila, Trustee
P.O. Box 14213
Fort Lauderdale, Florida 33302
Phone: 954/761-8707
Fax: 954/761-1033
e-mail: trustee@kapilaco.com

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

IN RE:  Case No. 15-13360-AJC
  Chapter 7
JULIO MOREIRAS and
ARLINE MOREIRAS

   Debtors
_____/

## STIPULATION TO COMPROMISE CONTROVERSY

The Trustee, Soneet R. Kapila, ("Trustee"), and the Debtors, Julio Moreiras and Arline Moreiras (the "Debtors") hereby stipulate and agree as follows:

1. On February 24, 2015, the Debtors filed this voluntary Chapter 7 Bankruptcy. Thereafter, Soneet R. Kapila, was appointed as the Chapter 7 Trustee.

2. The Debtors have claimed all of their allowed exemptions and there are remaining assets to the Estate.

3. The Debtor's agree to purchase the non-exempt interest in the following personal property: 2013 Income Tax Refund, 2002 Mercedes-Benz C320, and 2004 Honda Accord Sedan.

4. The Trustee has agreed to accept $6,800.00 as settlement in full of any interest of the estate.

5. The Debtors agree to pay this settlement in three payments as follows:

   a. $2,266.66 due on June 1, 2015

   b. $2,266.66 due on July 1, 2015

   c. $2.266.67 due on August 1, 2015

---

*Soneet R. Kapila, Federal Bankruptcy Trustee*
*Post Office Box 14213, Fort Lauderdale, Florida 33302*
*Telephone: 954/761-8707  Facsimile: 954/761-1033  Website: www.kapilatrustee.com*

6. The parties to this agreement understand that this settlement must be noticed to all creditors and must be approved by the Bankruptcy Court. In the event that the settlement is not approved by the Bankruptcy Court, this settlement shall be deemed null and void, and litigation between the parties shall resume.

7. The parties agree to the Bankruptcy court retaining jurisdiction over them and over the cause for the purpose of enforcing the terms and covenants contained within the Stipulation to Compromise Controversy.

8. The Trustee reserves the right to file a motion to revoke or deny (whichever the case may be) the Debtors' discharge should the Debtors default on the settlement agreement. The Debtors agree to pay Trustee Kapila's attorney fees and costs in the event of default.

_____
Soneet R. Kapila, Trustee
P.O. Box 14213
Fort Lauderdale, Florida 33302
(954) 761-8707

Dated: 4/27/15

_____
Debtor
Dated: 4/15/15

_____
Debtor's Attorney
Dated:_____

# PROPOSED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI-DADE DIVISION**

**IN RE:**                                               **Case No. 15-13360-AJC**
                                                                    **Chapter 7**

**JULIO MOREIRAS and**
**ARLINE MOREIRAS**

        **Debtors**
_____/

### ORDER APPROVING TRUSTEE'S MOTION TO COMPROMISE CONTROVERSY

THIS MATTER having come before the Court in Miami, Florida, pursuant to the Motion to Approve Stipulation to Compromise Controversy, the Court having received the Trustee's Certificate of No Response, the Court having noted that the Trustee has complied with Local Rule 9013-1(D), and the Court being otherwise fully advised in the premise, it is

ORDERED as follows:

1. The Trustee's Motion to Compromise Controversy with the Debtors is approved.

2. The Trustee is authorized to accept $6,800 as settlement.

3. The Debtors are directed to pay this settlement as outlined below:

   a. $2,266.66 due on June 1, 2015

   b. $2,266.66 due on July 1, 2015

   c. $2,266.67 due on August 1, 2015

###

Copies furnished to:

Soneet R. Kapila, Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 15-13360-AJC<br>Southern District of Florida<br>Miami<br>Tue Apr 28 10:54:53 EDT 2015 | American Express Bank FSB<br>POB 3001<br>Malvern, PA 19355-0701 | A & A North American Financial, LLC<br>c/o Andreu, Palma & Andreu, P.L.<br>1000 NW 57th Court<br>Suite 400<br>Miami, FL 33126-3292 |
| Afni, Inc.<br>POB 3517<br>Bloomington, IL 61702-3517 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American Express Bank, FSB<br>c/o Hayt, Hayt & Landau, P.L.<br>7765 SW 87th Avenue<br>Suite 101<br>Miami, FL 33173-2535 |
| Asset Acceptance<br>POB 2036<br>Warren, MI 48090-2036 | BCA Financial Services, Inc.<br>18001 Old Culter Road #462<br>Miami, FL 33157-6437 | BP<br>POB 94014<br>Palatine, IL 60094-4014 |
| Bank of America<br>P.O. BOX 851001<br>Dallas, TX 75285-1001 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Cach, LLC<br>4340 S Monaco Street<br>Unit 2<br>Denver, CO 80237-3408 |
| Cander Healthcare Asscociates<br>9165 Park Drive<br>Miami, FL 33138-3163 | Capital Management Services<br>698 1/2 S Ooden Street<br>Buffalo, NY 14206-2317 | Capital Management Services, LP<br>726 Exchange Street<br>Suite 700<br>Buffalo, NY 14210-1464 |
| Capital One<br>POB 30281<br>Salt Lake City, UT 84130-0281 | Capital One<br>POB 71083<br>Charlotte, NC 28272-1083 | (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 |
| Chase<br>P. O. Box 15298<br>Wilmingon, DE 19850-5298 | Chase Bank<br>P.O. BOX 15153<br>Wilmington, DE 19886-5153 | (p)CHASE CARD SERVICES<br>201 NORTH WALNUT STREET<br>ATTN MARK PASCALE<br>MAIL STOP DE1-1406<br>WILMINGTON DE 19801-2920 |
| Chase Bank<br>POB 15298<br>Wilmington, DE 19850-5298 | Chase Mortgage<br>P.O. BOX 78065<br>Phoenix, AZ 85062-8065 | Citibank<br>P.O. BOX 6500<br>Sioux Falls, SD 57117-6500 |
| Citibank, N.A.<br>c/o Patrick A. Carey Esq.<br>10967 Lake Underhill Rd #125<br>Orlando, FL 32825-4454 | Citibank, N.A.<br>c/o Zakheim & Lavrar, P.A.<br>1145 S University Drive<br>Suite 202<br>Plantation, FL 33324 | Citibank/At&T Universal Card<br>POB 182564<br>Columbus, OH 43218-2564 |
| Complete Collection Services<br>1007 N. Federal Highway<br>Suite 280<br>Fort Lauderdale, FL 33304-1422 | Diagnostic Readers Group, Inc.<br>POB 864672<br>Orlando, FL 32886-4672 | Discover<br>P.O. Box 71084<br>Charlotte NC 28272-1084 |

| | | |
|---|---|---|
| Elite Imaging<br>2925 Aventura Boulevard<br>Suite 100<br>Aventura, FL 33180-3107 | FIA Card Services<br>POB 851001<br>Dallas, TX 75285-1001 | FMS Inc<br>4915 South Union Avenue<br>Tulsa, OK 74107-7839 |
| First Federal Credit<br>24700 Chagrin Boulevard<br>Suite 205<br>Cleveland, OH 44122-5662 | Green Tree Servicing, LLC<br>P. O. Box 6172<br>Rapid City, SD 57709-6172 | HRRG<br>P.O. BOX 5406<br>Cincinnati, OH 45273-7942 |
| HSBC/Best Buy<br>POB 5238<br>Carol Stream, IL 60197-5238 | Hayt, Hayt & Landau, P.L.<br>7765 SW 87th Avenue<br>Suite 101<br>Miami, FL 33173-2535 | Household Bank<br>POB 5222<br>Carol Stream, IL 60197-5222 |
| Hunt & Kahn, P.A.<br>P.O. Box 934788<br>Margate, FL 33093-4788 | Inphynet South Broward Inc.<br>POB 189016<br>Fort Lauderdale, FL 33318-9016 | Inphynet South Broward, Inc<br>POB 459080<br>Sunrise, FL 33345-9080 |
| JP Recovery<br>POB 16749<br>Rocky River, OH 44116-0749 | JPMorgan Chase Bank, N.A.<br>P.O. BOX 659754<br>San Antonio, TX 78265-9754 | LVNV Funding<br>POB 10497<br>Greenville, SC 29603-0497 |
| Memorial Healthcare System<br>PO BOX 538522<br>Atlanta, GA 30353-8522 | Miami Beach Anesthesiology<br>POB 816759<br>Hollywood, FL 33081-0759 | Midland Credit Management<br>P.O. BOX 60578<br>Los Angeles, CA 90060-0578 |
| Mitchell D Bluhm & Associates, LLC<br>POB 3269<br>Sherman, TX 75091-3269 | Mount Sinai Medical Center<br>POB 403429<br>Miami Beach, FL 33140-1429 | NCO Financial Systems<br>P.O. BOX 15609<br>Wilmington, DE 19850-5609 |
| National Action Financial Serv/Chrysler<br>PO Box 9027<br>Buffalo, NY 14231-9027 | OAC Collections<br>POB 500<br>Baraboo, WI 53913-0500 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Orthopedic Specialist<br>7100 W 20th Avenue #101<br>Hialeah, FL 33016-1813 | Palisades Collection<br>POB 1244<br>Englewood Cliffs, NJ 07632-0244 | Pathology Consultants of South Broward<br>POB 917920<br>Orlando, FL 32891-7920 |
| Penta Group Financial, LLC.<br>5959 Corporate Drive<br>Houston, TX 77036-2311 | Pinnacle Credit Service<br>7900 Highway 7 #100<br>Minneapolis, MN 55426-4045 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

| | | |
|---|---|---|
| Professional Surgical Services<br>8814 NW 180th Terrace<br>Hialeah, FL 33018-6503 | Radioloy of MSMC, LLC<br>POB 11550<br>Miami, FL 33101-1550 | Rickart Collection<br>POB 7242<br>North Brunswick, NJ 08902-7242 |
| Sage Law Offices<br>Sunrise Corporate Plaza I<br>1300 Sawgrass Corporate Parkway<br>Suite 140<br>Sunrise, FL 33323-2823 | Shell<br>POB 6497<br>Sioux Falls, SD 57117-6497 | Sheridan Healthcorp<br>POB 817737<br>Hollywood, FL 33081-1737 |
| Syncb/Old Navy<br>POB 965005<br>Orlando, FL 32896-5005 | Tiburon Financial, LLC<br>PO BOX 770<br>Boys Town, NE 68010-0770 | Unifund CCR, LLC<br>10625 Techwoods Circle<br>Cincinnati, OH 45242-2846 |
| Weltman, Weinberg & Reis, Co.<br>323 W Lakeside Avenue<br>Suite 200<br>Cleveland, OH 44113-1099 | Weltman, Weinberg & Reis, Co.<br>POB 93596<br>Cleveland, OH 44101-5596 | Arline Moreiras<br>8220 NW 172nd Street<br>Hialeah, FL 33015-3744 |
| Julio Moreiras<br>8220 NW 172nd Street<br>Hialeah, FL 33015-3744 | Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 | Soneet Kapila<br>www.kapilatrustee.com<br>PO Box 14213<br>Ft Lauderdale, FL 33302-4213 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>POB 982236<br>El Paso, TX 79998-2236 | Cavalry Portfolio Services, LLC<br>POB 27288<br>Tempe, AZ 85285-7288 | Chase Bank<br>P.O. BOX 660487<br>Dallas, TX 75266-0487 |
| Portfolio Recovery Associates<br>POB 12914<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>P.O. BOX 12903<br>Norfolk, VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o David M. Greenbaum, Esq.<br>120 Corporate Boulevard<br>Norfolk, VA 23502 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | End of Label Matrix<br>Mailable recipients    74<br>Bypassed recipients     1<br>Total                  75 | |