

**ORDERED in the Southern District of Florida on September 30, 2015.**

*A. Jay Cristol*

**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

IN RE:                                                                 Case No. 15-13360-AJC

JULIO MOREIRAS and                                      Chapter 7
ARLINE MOREIRAS,

      Debtors.
_____/

**ORDER GRANTING MOTION FOR RELIEF FROM STAY
FILED BY DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC**

This case is before the Court upon the Motion for Relief from Stay Filed by Ditech Financial LLC f/k/a Green Tree Servicing LLC (hereinafter referred to as "Movant") [D.E. 33]. Pursuant to Local Rule 4001-1(C) said motion was filed with negative notice and no appropriate response or objection has been filed by the Debtor or the Trustee, within the fourteen calendar day period. Accordingly, it is

ORDERED:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted as to Movant, and it may proceed

with the enforcement of its security interest upon the following property:

> **REAL PROPERTY AT 8220 NORTHWEST 172ND STREET, HIALEAH, FL 33015, MORE ACCURATELY DESCRIBED BY ITS LEGAL DESCRIPTION WHICH IS:**
> **LOT 23 BLOCK 20 OF PALM SPRINGS NORTH, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 76 PAGE 61 OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

3. The relief granted here permits the creditor to obtain an *in rem judgment* against the property only and does not permit the creditor to seek an in personam judgment against the Debtor.

4. The Movant made sufficient allegations and a request in the Motion for Relief from Stay to waive the 14 day stay requirement of Bankruptcy Rule 4001(a)(3). No objection being raised, the automatic stay shall be lifted immediately upon execution of this order.

5. Attorney's fees and costs may be awarded for the prosecution of this Motion for Relief from Stay and may be assessed against the property in a subsequent foreclosure action.

###

**Evan Singer, Attorney is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.**
This order prepared by:
Evan S. Singer
Timothy D. Padgett, P.A.
ess@padgettlaw.net